UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA HEBELER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-1017 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court granted Defendant's motion for summary judgment. All claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 8, 2019             /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge